O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED FRAGRANCE, INC., a New York corporation, FRAGRANCE ACQUISITIONS, LLC, a Delaware limited liability company, EZRIEL POLATSEK, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-04310-CAS-AJW<br><br>**ORDER GRANTING PLAINTIFF SUMMIT ENTERTAINMENT, LLC'S MOTION TO ENFORCE SETTLEMENT AND FOR JUDGMENT THEREON** |

  On September 10, 2014, Plaintiff Summit Entertainment, LLC ("Summit") filed its Motion to Enforce the Settlement Agreement, To Enter Judgment Thereon, and to Recovery Reasonable Attorneys' Fees and Costs ("Motion"). On October 20, 2014, Summit's Motion came on for hearing, the Honorable Christina A. Snyder presiding. Having reviewed all of the briefing and supporting papers in support of and in opposition to the Motion, the Court finds that Summit's Motion is GRANTED. Good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement dated June 2, 2014 is a fully binding and enforceable against all parties thereto, and shall be enforced pursuant to its terms;

2. Defendants Preferred Fragrance, Inc. and Ezriel Polatsek ("Defendants") breached the Settlement Agreement when they failed to pay Summit the second installment within five days of Summit's notice of non-payment. Accordingly, Defendants owe Summit $45,000.00, which is the balance of all remaining, unpaid installments;

3. Pursuant to Paragraph 7.a of the Settlement Agreement, the Court enters judgment against Defendants in the amount of $45,000.00, which is due within seven days of the date of this order.

4. Defendants are further ordered to pay Summit reasonable attorney's fees and costs of $9,680.00 within seven days of the date of this order.

**IT IS SO ORDERED.**

Date: October 30, 2014

Hon. Christina A. Snyder

-2-

SMRH:431405926.1